IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| FREDERIC CHARDON DUBOS, | * | CIVIL NO. 23-cv-1138-SCC |
| | * | |
| Plaintiff, | * | PLAINTIFF DEMANDS TRIAL |
| | * | BY JURY |
| V. | * | |
| | * | |
| JOSEPH ROBINETTE BIDEN JR., | * | |
| in his Official and | * | |
| Individual Capacities, | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Defendants. | * | |
| | * | |

---

**PROOF OF SERVICE SUMMONS RETURNED EXECUTED**

TO THE HONORABLE COURT

   NOW COMES, Plaintiff Pro Se respectfully states as follows:

   1. Attached are the following summons returned executed on defendants and the date of service:

| Defendant | Date of Service |
|---|---|
| a. United States of America | March 28, 2023 |

   WHEREFORE, Plaintiff Pro Se respectfully requests that this Honorable Court note what is above stated.

**CERTIFICATE OF SERVICE**

   The undersigned attorney hereby certifies that on this day, he electronically filed the foregoing with the Clerk of the Court uploading the same using the CM/ECF System which will send notification of such filing to all parties of record registered in the use of the CM/ECF system.

Respectfully submitted in Carolina, Puerto Rico, this 29th day of March, 2023.

**FREDERIC CHARDON DUBOS LAW OFFICE**

s/Frederic Chardon Dubos
Frederic Chardon Dubos
USDC-PR 201601
P.O. Box 1797
Carolina, Puerto Rico, 00984-1797
Tel. (787) 908-2476
Email fcdlaw2020@gmail.com
Plaintiff's counsel of record